Petition for Writ of Mandamus Denied and
Memorandum Opinion filed July 7, 2011.

 

In
The

Fourteenth
Court of Appeals



NO. 14-11-00538-CR



In Re Robert Calderon,
Relator



 



ORIGINAL PROCEEDING



WRIT OF MANDAMUS

10th District
Court

Galveston County

Trial Court Cause No. 10CR1872



MEMORANDUM
 OPINION

On June 22, 2011, relator Robert Calderon filed a
petition for writ of mandamus in this court.  See Tex. Gov’t Code Ann.
§22.221; see also Tex. R. App. P. 52.  In the petition, relator asks
this court to compel the Honorable David Garner, presiding judge of the 10th
District Court of Galveston County to dismiss his indictment and release him
from pretrial confinement.

To be entitled to mandamus relief, a relator must
show that he has no adequate remedy at law to redress his alleged harm, and
what he seeks to compel is a ministerial act, not involving a discretionary or
judicial decision.  State ex rel. Young v. Sixth Judicial Dist. Court of Appeals
at Texarkana, 236 S.W.3d 207, 210 (Tex. Crim. App. 2007) (orig.
proceeding).  A defendant seeking to compel the dismissal of an indictment or
complaint has an adequate remedy at law because he can file a motion to set
aside the indictment in the trial court pursuant to article 27.03 of the Texas
Code of Criminal Procedure.  See Smith v. Gohmert, 962 S.W.2d 590, 593
(Tex. Crim. App. 1998); Ex parte Lamar, 184 S.W.3d 322, 324 (Tex.
App.—Fort Worth 2005, orig. proceeding).  

Relator has not established entitlement to the
extraordinary relief of writ of mandamus.  Accordingly, we deny relator’s
petition for writ of mandamus.

                                                                                    PER
CURIAM

 

 

 

Panel consists of Justices Frost, Jamison, and McCally.

Do Not Publish — Tex. R. App. P. 47.2(b).